STATE of Missouri, Plaintiff/Respondent,

v.

Dominic BELFORD,
Defendant/Appellant.

No. 71590.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 17, 1998.

Deborah B. Wafer, District Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

A jury found defendant, Dominic Belford, guilty of murder in the second degree, in violation of Section 565.021 RSMo (1994); armed criminal action, in violation of Section 571.015 RSMo (1994); and unlawful use of a weapon, in violation of Section 571.030 RSMo (1994). He was sentenced to consecutive terms of ten and three years imprisonment and fined $1,000.00. Defendant appeals from the second degree murder and armed criminal action convictions.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).